FILED
FEB 28 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-CR-81-GT |
| ) | |
| Plaintiff, ) | (PROPOSED) ORDER CONTINUING SENTENCING HEARING |
| ) | |
| v. ) | |
| ) | |
| SAMUEL RAMOS SAMANIEGO, ) | |
| ) | |
| Defendant. ) | |

CAUSE APPEARING, IT IS HEREBY ORDERED THAT the sentencing hearing, currently set for April 27, 2011 at 9:00 a.m., is continued to May 11, 2011 at 9:00 a.m.

The Defendant is in custody.

IT IS SO ORDERED.

Dated: 2-28-11

_____
HON. GORDON THOMPSON, JR.
SENIOR JUDGE, U.S. DISTRICT COURT